UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CESAR SARAVIA,

                              Plaintiff,                      11 cv 04354 (ENV) (JO)
   -against-

VALSEN MARINE LLC and MILLER'S LAUNCH, INC.,    **NOTICE OF APPEARANCE**

                            Defendants.
-------------------------------------------------------------------X

       PLEASE TAKE NOTICE, that the law firm of GOLDBERG SEGALLA LLP has been retained by, and appears for, Defendant, VALSEN MARINE LLC, in the above-entitled action and requests that all Notices and other papers be served on us at 100 Garden City Plaza, Suite 225, Garden City, New York 11530.

Dated: Mineola, New York
       November 4, 2011

                                      Yours, etc.

                                        GOLDBERG SEGALLA, LLP

                                        By: _Kenneth R. Lange_
                                            Kenneth R. Lange
                                            KRL (2862)
                                        Attorneys for Defendant
                                        VALSEN MARINE LLC
                                        100 Garden City Plaza
                                        Suite 225
                                        Garden City, New York 11530
                                        (516) 281-9800
                                        G.S. File No.: 12719.pending

TO: TABAK, MELLUSI & SHISHA, LLP
Attorneys for Plaintiff
29 Broadway
Suite 2311
New York, New York 10006

NICOLETTI HORNIG & SWEENEY
Attorneys for Defendant
MILLER'S LAUNCH, INC.
Wall Street Plaza
88 Pine Street
Seventh Floor
New York, New York 10005

101559

GOLDBERG SEGALLA LLP
11 Martine Avenue, Suite 750
White Plains, NY 10606