UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CESAR SARAVIA,

                                  Plaintiff,

             -against-

VALSEN MARINE LLC and
MILLER'S LAUNCH, INC.,

                                  Defendants.
----------------------------------------------------------------X

**ANSWER TO CROSS-CLAIMS**

11 CV 04354 (ENV)(JO)

      Defendant, **VALSEN MARINE LLC,** by its attorneys, Goldberg Segalla LLP, answering the Cross-Claims of the Defendant, MILLER'S LAUNCH, INC., ("MILLER'S") upon information and belief, allege:

## CROSS-CLAIMS

### FACTS COMMON TO ALL CROSS-CLAIMS

    24.    Denies having any knowledge or information thereof sufficient to form a belief as to the truth of each and every allegation contained in paragraph "24" of MILLER'S Answer to Amended Complaint and Cross-Claims.

### FIRST CROSS-CLAIM

    25.    Defendant, VALSEN MARINE, LLC, repeats, reiterates and realleges each and every allegation set forth in paragraph "24" of its Verified Answer to Cross-Claims with the same force and effect as if it were set forth fully and at length herein.

    26.    Denies each and every allegation contained in paragraph "26" of MILLER'S Answer to Amended Complaint and Cross-Claims.

    27.    Denies each and every allegation contained in paragraph "27" of MILLER'S Answer to Amended Complaint and Cross-Claims.

## SECOND CROSS-CLAIM

28. Defendant, VALSEN MARINE, LLC, repeats, reiterates and realleges each and every allegation set forth in paragraphs "24" through "27" of its Verified Answer to Cross-Claims with the same force and effect as if it were set forth fully and at length herein.

29. Denies each and every allegation contained in paragraph "29" of MILLER'S Answer to Amended Complaint and Cross-Claims.

30. Denies each and every allegation contained in paragraph "30" of MILLER'S Answer to Amended Complaint and Cross-Claims.

31. Denies each and every allegation contained in paragraph "31" of MILLER'S Answer to Amended Complaint and Cross-Claims.

## THIRD CROSS-CLAIM

32. Defendant, VALSEN MARINE, LLC, repeats, reiterates and realleges each and every allegation set forth in paragraph "24" through "31" of its Verified Answer to Cross-Claim with the same force and effect as if it were set forth fully and at length herein.

33. Denies each and every allegation contained in paragraph "33" of MILLER'S Answer to Amended Complaint and Cross-Claims.

34. Denies each and every allegation contained in paragraph "34" of MILLER'S Answer to Amended Complaint and Cross-Claims.

## FOURTH CROSS-CLAIM

35. Defendant, VALSEN MARINE, LLC, repeats, reiterates and realleges each and every allegation set forth in paragraphs "24" through "34" of its Verified Answer to Cross-Claims with the same force and effect as if it were set forth fully and at length herein.

36.   Denies each and every allegation contained in paragraph "36" of MILLER'S Answer and Amended Complaint and Cross-Claims.

WHEREFORE, Defendant Valsen Marine LLC demands that this Honorable Court: 1) dismiss Miller's Launch, Inc.'s Cross-Claims against Valsen Marine LLC; and 2) award Valsen Marine LLC its costs, disbursements, and attorney's fees incurred in this action, together with such other and further relief that this Court deems just and proper.

Dated:  Garden City, New York
January 16, 2012

Yours, etc.,

**GOLDBERG SEGALLA LLP**

Kenneth R. Lange
*Attorneys for Defendant*
VALSEN MARINE LLC
100 Garden City Plaza, Suite 225
Garden City, New York 11530
(516) 281-9800
File No.: 12719.0048

TO:   TABAK, MELLUSI & SHISHA, LLP
By: Jacob Shisha, Esq.
Attorneys for Plaintiff
29 Broadway, Suite 2311
New York, NY  10006

RUBIN FIORELLA & FRIEDMAN, LLP
By:  Keith A. Brady, Esq.
292 Madison Avenue, 11th Floor
New York, NY  10017

Saravia v. Valsen Marine, LLC, et al.
11 CV 04354 (ENV)(JO)
GS File No.: 12719.0048

## AFFIDAVIT OF SERVICE

**THERESA CAPRISE**, being duly sworn deposes and says, that deponent is not a party to this action, is over 18 years of age and resides in New Hyde Park, New York. That on the 16th day of January, 2012, deponent served a copy of the within **ANSWER TO CROSS-CLAIMS** upon:

TO:  TABAK, MELLUSI & SHISHA, LLP
     By: Jacob Shisha, Esq.
     Attorneys for Plaintiff
     29 Broadway, Suite 2311
     New York, NY  10006

     RUBIN FIORELLA & FRIEDMAN, LLP
     By:  Keith A. Brady, Esq.
     292 Madison Avenue, 11th Floor
     New York, NY  10017

by depositing the enclosed in a stamped envelope in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
THERESA CAPRISE

Sworn to before me this
16th day of January, 2012.

_____
NOTARY PUBLIC

KENNETH R. LANGE
Notary Public, State of New York
No. 02LA6079899
Qualified in Nassau County
Commission Expires September 3, 2014

106149
GS#12719.0048

GOLDBERG SEGALLA LLP
100 Garden City Plaza/ Ste. 225
Garden City, NY  11530

4