LAW OFFICES
# TABAK, MELLUSI & SHISHA LLP
29 BROADWAY
NEW YORK, NEW YORK 10006

TEL (212) 962-1590
TEL (800) 280-1590
FAX (212) 385-0920

RALPH J. MELLUSI
JACOB SHISHA*

*ALSO ADMITTED IN
NEW JERSEY AND
LOUISIANA

OF COUNSEL
SHELDON TABAK
STEPHEN B. ROBERTS

March 28, 2012

**Via ECF**
Honorable Magistrate Judge James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Cesar Saravia v. Miller's Launch, Inc.
      Tug: SUSAN MILLER
      CV11-4354 ENV-JO
      D/A:  7/16/09
      Our File#:  S2447.11

Dear Magistrate Judge Orenstein:

We represent the plaintiff, and write to advise the Court that the parties have agreed on the recommended amount for settlement. We are now in the process of preparing the releases.

We thank the Court for its consideration, and remain

Respectfully yours,

Tabak, Mellusi & Shisha LLP

*Jacob Shisha*

Jacob Shisha

JS/kf